CAUSE NO. 1:24-CV-01136

| | | |
|---|---|---|
| GARCIA GLENN WHITE | § | UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE |
| | § | |
| GREGORY W. ABBOTT, GOVERNOR OF TEXAS AND TEXAS BOARD OF PARDONS & PAROLE | § | |
| Defendant. | § | WESTERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Corrina Hart** who, being by me duly sworn, deposed and said:

"The following came to hand on **Sep 26, 2024, 10:22 am**,

SUMMONS, COMPLAINT PURSUANT TO 42 U.S.C. 1983 AND CIVIL COVER SHEET,

and was executed at **1100 SAN JACINTO BOULEVARD, AUSTIN, TX 78701** within the county of **TRAVIS** at **01:05 PM** on **Thu, Sep 26 2024**, by delivering a true copy to the within named

GOVERNOR GREGORY W. ABBOTT, OFFICE OF THE GOVERNOR BY DELIVERING TO SHAE SEALE ADMINISTRATIVE ASSISTANT OFFICE OF THE TEXAS GOVERNOR

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Corrina Hart
Certification Number: PSC10838
Certification Expiration: 03/31/2026

BEFORE ME, a Notary Public, on this day personally appeared **Corrina Hart**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 09/26/2024

_____
Notary Public, State of Texas

> JOHN HORN
> Notary Public, State of Texas
> Comm. Expires 08-22-2026
> Notary ID 125779772